UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JAYLIN TYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:21-cv-01132-SHM-tmp |
| | ) | |
| JOHN MEHR, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER DISMISSING THE CASE; CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; NOTIFYING TYSON OF THE APPELLATE FILING FEE; AND RECOMMENDING THIS DISMISSAL BE TREATED AS A STRIKE UNDER 28 U.S.C. § 1915(g)**

On September 14, 2021, Plaintiff Jaylin Tyson filed (1) a *pro se* complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1) and (2) a motion for leave to proceed *in forma pauperis* (ECF No. 3). When Tyson filed the complaint, he was confined at the Madison County Jail (the "MCJ"), in Jackson, Tennessee. (ECF No. 1 at PageID 2.) On September 16, 2021, the Court granted leave to proceed *in forma pauperis* and assessed the civil filing fee pursuant to the Prison Litigation Reform Act, 28 U.S.C. §§ 1915, *et seq*. (the "PLRA"). (ECF No. 4 (the "IFP Order").) On October 13, 2023, the Court dismissed the complaint without prejudice, granted leave to amend the complaint, and directed Tyson to provide his current address. (ECF No. 5 (the "Screening Order").) Tyson's deadline to amend the complaint expired on November 3, 2023. (*See id*. at PageID 20.)

Tyson has not filed an amended complaint, sought an extension of time to amend, or provided the Court with a current address. For these reasons, the Court DISMISSES this case with

prejudice in its entirety for the reasons discussed in the Screening Order. Judgment will be entered in accordance with the Screening Order.

For § 1915(g) analysis of Tyson's future filings, if any, the Court recommends that the dismissal of this case be treated as a strike pursuant to § 1915(g). *See Simons v. Washington*, 996 F.3d 350, 353 (6th Cir. 2021); *see also* ECF No. 5 at PageID 20-21 (recommending that a dismissal of this case for Tyson's failure to timely amend be treated as a strike pursuant to § 1915(g).)

Pursuant to Federal Rule of Appellate Procedure 24(a) and 28 U.S.C. § 1915(a)(3), it is CERTIFIED that any appeal in this matter by Tyson would not be taken in good faith. If Tyson nevertheless chooses to file a notice of appeal, Tyson must either: (1) pay the entire $605 appellate filing fee or, if Tyson is confined at that time; (2) submit a new *in forma pauperis* affidavit and a current, certified copy of Tyson's inmate trust account statement for the last six months, in compliance with 28 U.S.C. § 1915(a)-(b).

IT IS SO ORDERED, this 13th day of December, 2023.

        */s/ Samuel H. Mays, Jr.*
        SAMUEL H. MAYS, JR.
        UNITED STATES DISTRICT JUDGE