# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| JAYLIN TYSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 21-1132-SHM-tmp |
| | ) | |
| JOHN MEHR, ET AL., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 6), docketed December 13, 2023, dismissing the case with prejudice.  Any appeal in this matter by Movant proceeding in forma pauperis is not taken in good faith.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 13, 2023                          WENDRY R. OLIVER
DATE                                      CLERK

                                          */s/ Jairo Mendez*
                                          (By) DEPUTY CLERK